### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Criminal Case No.  11-cr-00180-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      STEWARD CASTANEDA-HERNANDEZ,

       Defendant.

___

### MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a further status/scheduling hearing regarding Defendant Castaneda-Hernandez is set **Tuesday, May 24, 2011 at 9:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.  An interpreter is required.

Dated:  May 16, 2011