**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00180-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      STEWARD CASTANEDA-HERNANDEZ,

       Defendant.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to the Notice of Disposition filed May 24, 2011 (Doc 14), a change of plea hearing regarding Defendant Castaneda-Hernandez is set **Tuesday, June 14, 2011 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  May 25, 2011